1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7301
7      Facsimile: (415) 436-6758
       E-Mail: wilson.leung@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )      No. 3:12-MJ-70294
14                                     )
                                       )
15        - v. -                       )
                                       )      STIPULATION AND [PROPOSED]
16                                     )      ORDER
   ELENA RAE ONTIVEROS,               )       AS AMENDED
17                                     )
                                       )
18        Defendant.                   )
                                       )
19 _____ )

20         The United States of America, by its attorneys, Melinda Haag, United States Attorney,

21 and W.S. Wilson Leung, Assistant United States Attorney, of counsel, and defendant Elena Rae

22 Ontiveros, by her attorney, David Andersen, Esq., respectfully submit this stipulation and

23 proposed order to request that the August 23, 2012 preliminary hearing in the above-captioned

24 matter be continued until September 24, 2012.

25         The parties hereby stipulate and agree to the following:

26         1.       Defendant Elena Rae Ontiveros was charged in a criminal complaint dated March

27 13, 2012, with violating Title 21, United States Code, Sections 846 and 841(a)(1), and Title 18,

28 United States Code, Section 2.  Ontiveros was arrested and subsequently presented before the

1   Honorable Nathanael M. Cousins on March 15, 2012.  On March 20, 2012, Ontiveros was

2   ordered released subject to an unsecured $50,000 personal recognizance bond and other

3   conditions.

4       2.    Since Ontiveros's initial appearance, the parties have been trying to reach a

5   disposition of this matter prior to the filing of an indictment.  The parties continue to pursue

6   these discussions and require additional time for this purpose.  Among other things, the parties

7   would like to continue to monitor Ontiveros's compliance with certain pre-trial release

8   conditions, which may be material to their plea discussions.

9       3.    Accordingly, the parties respectfully request that the August 23, 2012 preliminary

10  hearing be continued until September 24, 2012, in order to allow the parties to pursue their plea

11  discussions.  Should this request be granted, the parties submit that time should be properly

12  excluded under the Speedy Trial Act until the September 24, 2012 in the interests of justice and

13  to ensure the effective assistance of counsel.

14  DATED: August 22, 2012

15  SO STIPULATED.

                           MELINDA HAAG

16                             United States Attorney

17

                   By:   /s/

18                         W.S. WILSON LEUNG
                       Assistant United States Attorney

19

20                         /s/

21                         DAVID L. ANDERSEN, ESQ.
                       Counsel for Elena Rae Ontiverso

22

23      FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT the August 23,

24  2012, preliminary hearing in the above-captioned matter is continued until September 24, 2012, ~~,~~

25  ~~and time under the Speedy Trial Act shall be excluded through September 24, 2012.~~

26  DATED: August 22 , 2012

27

28                         HON. ELIZABETH D.
                       United S

IT IS SO ORDERED
AS MODIFIED

Judge Elizabeth D. Laporte

2